SCANNED

United States District Court
Southern District of New York

Andrew Vail,
                    Plaintiff

-Against-

Rochester General Hospital,

Dr. Vincent Chang, M.D.,

VCM                              ,
                    Defendants

**19 CV 2021**

Verified Complaint

Civil Action No.
19-CV-_____

Jury Trial
Demanded

Plaintiff Andrew Vail for his verified complaint states and alleges as follows:

1) This Court has jurisdiction pursuant to 28 U.S.C. § 1332, this action is based on diversity of citizenship.

2) This Court has supplemental (pendent) jurisdiction to hear the state tort claims pursuant to Article III Title 28 U.S.C. § 1367,

3) VENUE PROPERLY LIES IN THE SOUTHERN DISTRICT OF NEW YORK BECAUSE PLAINTIFF RESIDES IN THE SOUTHERN DISTRICT.

PARTIES

4) PLAINTIFF ANDREW VAIL IS AND WAS AT ALL TIMES RELEVANT HERETO A CITIZEN OF THE STATE OF NEW YORK AND A UNITED STATES CITIZEN.

5) UPON INFORMATION AND BELIEF DEFENDANT ROCHESTER GENERAL HOSPITAL IS A CORPORATION INCORPORATED UNDER THE LAWS OF THE STATE OF NEW YORK AND DOING BUSINESS WITHIN THE CITY OF ROCHESTER, COUNTY OF MONROE, STATE OF NEW YORK.

6) UPON INFORMATION AND BELIEF DEFENDANT DR. VINCENT CHANG, M.D. IS A PHYSICIAN LICENSED TO PRACTICE HIS PROFESSION IN THE STATE OF NEW YORK AND MAINTAINS AN OFFICE FOR THE PRACTICE OF SURGERY IN MONROE COUNTY, DEFENDANT HELD AND HOLDS HIMSELF OUT TO THE PUBLIC

AS A COMPETENT AND SKILLFUL PHYSICIAN AND SURGEON AND CAPABLE OF PROPERLY DIAGNOSING, TREATING AND CARING FOR INJURIES, ILLNESS AND DISEASE AND CAPABLE OF PROPERLY AND SKILLFULLY PERFORMING OPERATIONS ON THE HUMAN BODY AND CAPABLE OF PROPERLY AND SKILLFULLY TREATING AND CARING FOR PERSONS PRIOR TO, DURING AND FOLLOWING SURGERY.

EXHAUSTION OF ADMINISTRATIVE REMEDIES & CONDITIONS PRECEDENT

7) ON OR ABOUT DECEMBER 4TH AU, 2018 A WRITTEN NOTICE OF CLAIM WAS PRESENTED TO DEFENDANTS DR. VINCENT CHANG, M.D. AND ROCHESTER GENERAL HOSPITAL AND THE NOTICE OF CLAIM WAS FORWARDED TO DEFENDANT VCM, THE ADMINISTRATOR FOR ROCHESTER GENERAL HOSPITAL.

8) DEFENDANT VCM DENIED THE CLAIM AFTER A CURSORY, BIASED SUMMARY EXAMINATION IN A LETTER DATED DECEMBER 27, 2018.

## PREVIOUS LAWSUITS BY PLAINTIFF

9) PLAINTIFF HAS FILED NO OTHER LAWSUIT(s) DEALING WITH THE SAME FACTS INVOLVED IN THE INSTANT ACTION.

## STATEMENT OF FACTS

10) PRIOR TO PLAINTIFF MOVING TO MONROE COUNTY, STATE OF NEW YORK IN FEBRUARY OF 2017, PLAINTIFF RESIDED IN LOS ANGELES COUNTY (SANTA MONICA) STATE OF CALIFORNIA AND WAS UNDERGOING TREATMENT FOR PICA.

11) ON OR ABOUT APRIL 30TH, 2017 PLAINTIFF PRESENTED TO THE EMERGENCY DEPARTMENT AT ROCHESTER GENERAL HOSPITAL BECAUSE PLAINTIFF INGESTED (SWALLOWED) FOREIGN OBJECTS (2 AA BATTERIES).

12) PLAINTIFF WAS EXAMINED BY THE EMERGENCY ROOM PHYSICIAN(s) WHO CONSULTED WITH THE GASTROENTEROLOGY (G.I.) DEPARTMENT REGARDING THE RECOMMENDED COURSE OF ACTION.

13) THE G.I. PHYSICIAN(S) ASKED PLAINTIFF TO CONSENT TO AN ENDOSCOPY (E.G.D.) PROCEDURE IN WHICH A CAMERA IS PASSED THROUGH THE PATIENTS MOUTH AND DOWN THE ESOPHAGUS INTO THE STOMACH AND SMALL INTESTINE TO SEARCH FOR (AND REMOVE) THE FOREIGN BODY. THIS IS A WIDELY ACCEPTED, STANDARD AND COMMONPLACE PROCEDURE FOR REMOVING SWALLOWED FOREIGN BODIES FROM AN INDIVIDUALS DIGESTIVE TRACT.

14) PLAINTIFF WHO WAS ACCOMPANIED BY HIS HUSBAND DISCUSSED THE RISKS AND BENEFITS WITH THE GASTROENTEROLOGIST AND ULTIMATELY AGREED TO THE ENDOSCOPY (E.G.D.) UNDER ANAESTHESIA.

15) ON OR ABOUT APRIL 30TH, 2017 PLAINTIFF AWOKE FROM THE ANAESTHESIA IN INCREDIBLE PAIN AND WAS SHOCKED AND APPALLED TO DISCOVER THAT DEFENDANT DR. VINCENT CHANG, M.D. HAD PERFORMED UPON PLAINTIFF A MAJOR AND INVASIVE OPERATION: AN EXPLORATORY LAPAROTOMY, GASTROTOMY WITH FOREIGN BODY REMOVAL.

16) PLAINTIFF WAS HOSPITALIZED FOR SEVERAL DAYS AND WAS IN EXTREME PAIN AND ENDURED A LENGTHY AND PROTRACTED RECOVERY AS AN INPATIENT AT ROCHESTER GENERAL HOSPITAL.

17) ADDING INSULT TO INJURY, PLAINTIFF FURTHER LEARNED THAT DEFENDANT DR. VINCENT CHANG, M.D., A GENERAL SURGEON AFFILIATED WITH DEFENDANT ROCHESTER GENERAL HOSPITAL, WHOM PLAINTIFF HAD NOT MET PRIOR TO THE OPERATION, HAD TAKEN UPON HIMSELF TO PERFORM A MAJOR, RADICAL EXTREME AND INVASIVE OPERATION ON PLAINTIFF WHICH WAS IMPROPER, UNNECESSARY AND NOT INDICATED AS TREATMENT FOR THE CONDITION FROM WHICH PLAINTIFF WAS SUFFERING AND SHOULD NOT HAVE BEEN PERFORMED.

18) IN ADDITION TO PERFORMING UNNECESSARY OPERATION ON PLAINTIFF, DEFENDANTS DR. VINCENT CHANG, M.D. AND ROCHESTER GENERAL HOSPITAL PERFORMED SUCH SURGERY SO NEGLIGENTLY, CARELESSLY AND UNSKILLFULLY THAT AS A RESULT OF THE SURGERY (OPERATION), PLAINTIFF SUFFERED SERIOUS AND

PERMANENT INJURY TO HIS DIGESTIVE SYSTEM
AND HIS STOMACH AND ABDOMEN IS SCARRED
AND DISFIGURED SERIOUSLY AND PERMANENTLY.

19) THE INJURIES AND DAMAGE TO PLAINTIFF
ALLEGED WERE CAUSED SOLELY BY THE NEG-
LIGENCE, CARELESSNESS AND RECKLESSNESS
OF THE DEFENDANTS.

20) DEFENDANTS WERE NEGLIGENT IN THAT
THEY FAILED TO PROPERLY DIAGNOSE AND
TREAT PLAINTIFFS DISORDER BY PERFORMING
A MAJOR, UNNECESSARY INVASIVE AND
RADICAL OPERATION ON PLAINTIFF WHICH
WAS NOT INDICATED AND SHOULD NOT
HAVE BEEN PERFORMED, IN THAT THE OPER-
ATION WAS PERFORMED IN A NEGLIGENT,
RECKLESS AND UNSKILLFUL MANNER, IN
THAT DEFENDANTS FAILED TO FOLLOW ACC-
EPTED MEDICAL PRACTICE IN EXAMING AND
TREATING PLAINTIFF AND THAT THEY FAILED
TO USE THEIR BEST JUDGEMENT, AND AS A
RESULT OF SUCH FAILURE, TO DIAGNOSE
PLAINTIFFS DISORDER PROPERLY AND TREAT
PLAINTIFF THEREOF, IN THAT THEY FAILED

TO PROPERLY ADVISE PLAINTIFF OF THE DANGER
OF SUCH OPERATION.

21) BY REASONS OF THE FOREGOING PLAINTIFF
HAS SUFFERED GREAT PAIN AND SERIOUS
PERMANENT INJURIES, HAS SUFFERED GREAT
MENTAL ANGUISH, HAS BEEN COMPELLED TO
SECURE MEDICAL AID IN AN EFFORT TO CURE
OR MINIMIZE HIS INJURIES, HAS BEEN AND
WILL BE UNABLE TO FOLLOW HIS USUAL
OCCUPATION AND WILL REQUIRE FOR AN
INDEFINITE PERIOD OF TIME FURTHER MEDICAL
AID AND ASSISTANCE.

SECOND CAUSE OF ACTION - FAILURE TO
OBTAIN INFORMED CONSENT

22) PLAINTIFF REPEATS PARAGRAPHS I THROUGH
21,

23) PRIOR TO PERFORMANCE OF THE OPERATION
ON PLAINTIFF BY DEFENDANTS DR. VINCENT
CHANG, M.D AND ROCHESTER GENERAL
HOSPITAL PLAINTIFF HAD NOT SPOKEN
WITH DR. CHANG OR ANY MEMBER OF

PAGE 8 of 18

THE SURGICAL STAFF AT ROCHESTER GENERAL HOSPITAL.

24) DEFENDANTS CHANG AND RGH FAILED TO DISCLOSE TO PLAINTIFF THE REASONABLY FORSEEABLE RISKS AND PERILS INVOLVED IN SUCH SURGERY (OPERATION) AS A REASONABLE MEDICAL PRACTICIONER UNDER SIMILAR CIRCUMSTANCES WOULD HAVE DISCLOSED, IN A MANNER PERMITTING PLAINTIFF TO MAKE A KNOWLEDGEABLE EVALUATION THEREOF.

25) DEFENDANTS OWED PLAINTIFF THE DUTY AND OBLIGATION OF MAKING KNOWN ANY AND ALL RISKS OF SUCH OPERATION AND THEIR FAILURE TO DO SO PRECLUDED PLAINTIFF FROM MAKING A VALID AND INFORMED CONSENT TO SUCH OPERATION.

26) PLAINTIFF DID NOT GIVE A VALID INFORMED CONSENT TO THE SURGERY PERFORMED UPON HIM BY DEFENDANT CHANG AT THE FACILITIES OWNED AND OPERATED BY DEFENDANT ROCHESTER GENERAL HOSPITAL.

27) PLAINTIFF WOULD NOT HAVE UNDERGONE AND
CONSENTED TO THE ENDOSCOPY (E.G.D.)
IF HE HAD KNOWN THAT THE OPERATION
PERFORMED BY DR. VINCENT CHANG, M.D.
WOULD OCCUR WITHOUT PLAINTIFFS KNOW-
LEDGE WHILE HE WAS ASLEEP UNDER ANAES-
THESIA AND WAS UNABLE TO COMMUNICATE.

28) DEFENDANTS CHANG AND RGH PERFORMED
A MAJOR LIFE ALTERING OPERATION ON
PLAINTIFF WITHOUT HIS KNOWLEDGE, AUTHORIZATION
OR CONSENT AND DID SO IN A DISCREET,
INDIRECT AND SNEAKY FASHION.

29) DEFENDANTS CHANG AND RGH FAILED TO
FULLY INFORM PLAINTIFF OF THE RISKS AND
PERILS OF THE OPERATION, AND SUCH LACK
OF INFORMED CONSENT WAS A PROXIMATE
CAUSE OF PLAINTIFFS INJURIES FOR WHICH
RECOVERY IS SOUGHT.

30) ANY CONSENT OBTAINED BY THE DEFENDANTS
FROM PLAINTIFF WAS INVALID BECAUSE
DEFENDANTS WRONGFULLY WITHHELD FROM

Plaintiff the nature of the risks and perils attendant upon such operation and any consent obtained, written or oral, was not a valid and informed consent.

31) By reason of the foregoing, Plaintiff has suffered great pain and serious permanent injuries, has been compelled to secure medical aid in an effort to cure or minimize his injuries has been and will continue to be unable to follow his usual occupation and will require for an indefinite period of time further medical aid and assistance.

## THIRD CAUSE OF ACTION - MEDICAL MALPRACTICE

32) Plaintiff repeats paragraphs 1-31.

33) Upon information and belief, the violations of defendants Chang and RGH, the injuries and damage to Plaintiff further consisted of among other things, that the defendants by themselves and by their agents, servants and employees, on

THE BUSINESS OF THE DEFENDANTS AND IN THE
SCOPE OF THEIR AUTHORITY, IN THE SERVICES
RENDERED TO THE PLAINTIFF PRE-OPERATIVELY,
OPERATIVELY, POST-OPERATIVELY AND IN THE
AFTERCARE DID NOT POSSESS THE REASONABLE
DEGREE OF LEARNING, SKILL AND COMPETENCE
THAT IS ORDINARILY POSSESSED IN THE REN-
DITION OF SUCH SERVICES BY PHYSICIANS, HOSP-
ITALS AND PERSONNEL PRACTICING THEIR BUSINESS
OR PROFESSION IN THE COMMUNITY, NOR THE
DEGREE OF SPECIAL KNOWLEDGE, SKILL AND
EXPERIENCE NECESSARY IN THE EXERCISE OF THEIR
LEARNING, SKILL AND COMPETENCE AND THE
APPLICATION THEREOF IN THE SERVICES TO THE
PLAINTIFF FOR WHICH THEY WERE EMPLOYED,
DID NOT USE THEIR BEST JUDGEMENT IN EXER-
CISING THEIR SKILL AND APPLYING THEIR KNOWLEDGE,
DID NOT FOLLOW THE ACCEPTED PRACTICE AND
PROCEDURE IN THE COMMUNITY AND FOLLOWED
UNACCEPTABLE PRACTICE AND PROCEDURE, WITHHELD
FROM AND GAVE WRONG, ERRONEOUS AND/OR IN-
ADEQUATE INFORMATION AND DIRECTIONS TO
PLAINTIFF AND THE PERSONS TREATING AND
CURING PLAINTIFF, RENDERED SERVICES TO PLAINTIFF
IN SUCH A NEGLIGENT AND IMPROPER MANNER

AS TO CAUSE HIM INJURY.

34) BY REASONS OF THE FOREGOING PLAINTIFF
WAS SUBSTANTIALLY DAMAGED.

FOURTH CAUSE OF ACTION - BREACH OF
CONTRACT

35) PLAINTIFF REPEATS PARAGRAPHS 1 THROUGH
34.

36) ON OR ABOUT APRIL 30TH, 2017 PLAINTIFF
EMPLOYED THE SERVICES OF THE DEFENDANTS
TO UNDERGO AN ENDOSCOPY (E.G.D.) ON
PLAINTIFF IN AN ATTEMPT TO REMOVE THE
FOREIGN BODIES FROM PLAINTIFFS G.I. TRACT,
WHICH WAS UNSUCCESSFUL AS THE FOREIGN
BODIES WERE TOO FAR PROGRESSED IN
PLAINTIFFS INTESTINE.

37) THE DEFENDANTS AND DR. VINCENT CHANG, M.D.
IN BREACH OF THEIR CONTRACT WITH
PLAINTIFF, IN VIOLATION OF THEIR DUTIES
OF EMPLOYMENT, AND IN AN UNPROFESSIONAL
AND UNDER-HANDED MANNER, TOOK UPON

THEMSELVES TO PERFORM A RADICAL, UNNECESSARY AND RADICAL OPERATION ON PLAINTIFF WHICH HE DID NOT CONSENT TO.

38) CONSEQUENTLY, PLAINTIFF HAS SUFFERED INJURIES.

FIFTH CAUSE OF ACTION - NEGLIGENT AND INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

39) PLAINTIFF REPEATS PARAGRAPHS 1 THROUGH 38.

40) DEFENDANTS CHANG AND RGH ACTED WITH THE INTENT TO CAUSE, OR WITH THE KNOWLEDGE THAT IT WOULD CAUSE SEVERE MENTAL DISTRESS TO PLAINTIFF.

41) THE FOREGOING ACTIONS OF DEFENDANTS CHANG AND RGH WERE WILLFUL, MALICIOUS & WANTON AND WERE INTENDED TO CAUSE PLAINTIFFS MENTAL AND EMOTIONAL ILLNESS, ANXIETY, DEPRESSION, EMBARRASSMENT AND SHOCK.

42) AS A RESULT OF THE FOREGOING PLAINTIFF

WAS MADE TO SUFFER SEVERE EMOTIONAL AND MENTAL SUFFERING AND DISTRESS, SLEEPLESSNESS, ANXIETY, DEPRESSION AND SHAME.

## SIXTH CAUSE OF ACTION - THE CLAIMS AGAINST VCM

43) PLAINTIFF REPEATS PARAGRAPHS 1 THROUGH 42.

44) DEFENDANT VCM IS THE ADMINISTRATOR FOR DEFENDANT RGH AND HAS THEIR PRINCIPAL PLACE OF BUSINESS IN THE STATE OF PENNSYLVANIA.

45) DEFENDANT VCM AS ADMINISTRATOR OF DEFENDANT RGH (AND ULTIMATELY DR. VINCENT CHANG, M.D.) IS RESPONSIBLE FOR THE ADMINISTRATION OF RGH AS WELL AS RESPONSIBLE TO SCREEN, TRAIN SUPERVISE AND DISCIPLINE THEIR EMPLOYEES AGENTS AND SERVANTS

46) DEFENDANT VCM HAVE GROSSLY FAILED TO TRAIN & SUPERVISE THEIR EMPLOYEES

PAGE 15 OF 18

AGENTS AND SERVANTS AND AS A DIRECT AND PROXIMATE CAUSE OF THE ACTS, OMISSIONS, POLICIES AND CUSTOMS OF DEFENDANTS PLAINTIFF HAS BEEN INJURED.

47) DEFENDANTS VCM AND RGH ARE RESPONSIBLE UNDER THE THEORY OF RESPONDEAT SUPERIOR.

## SEVENTH CAUSE OF ACTION - FRAUD

48) PLAINTIFF REPEATS PARAGRAPHS 1 THROUGH 47.

49) DEFENDANTS CHANG AND RGH UNDERTOOK AN OPERATION ON PLAINTIFF TO WHICH HE DID NOT GIVE (AND WAS UNABLE TO DO SO) A KNOWING AND VOLUNTARY CONSENT.

50) DEFENDANTS DID NOT GIVE PLAINTIFF AN OPPORTUNITY TO MAKE A DECISION CONCERNING SUCH A LIFE-ALTERING

OPERATION, AND DID SO IN A SNEAKY, UNDER HANDED WAY.

50) DEFENDANTS ACTIONS WERE MALICIOUS, WILLFULL AND KNOWING AND WERE IN COMPLETE DISREGARD TO PLAINTIFFS WISHES & WELL BEING.

51) AS A RESULT, PLAINTIFF HAS BEEN SUBSTANTIALLY HARMED.

## PRAYER FOR RELIEF

52) PLAINTIFF SEEKS COMPENSATORY DAMAGES AGAINST DEFENDANTS IN THE AMOUNT OF FIVE MILLION DOLLARS $5,000,000$ USD, JOINTLY AND SEVERALLY.

53) PLAINTIFF SEEKS PUNITIVE DAMAGES AGAINST DEFENDANTS CHANG AND RGH IN THE AMOUNT OF THREE MILLION DOLLARS $3,000,000$ USD. EACH, INDIVIDUALLY.

WHEREFORE, PLAINTIFF PRAYS THAT THIS

COURT AWARD TO PLAINTIFF THE RELIEF
REQUESTED AS WELL AS GRANTING SUCH
OTHER RELIEF AS LAW AND EQUITY
ALLOWS INCLUDING ATTORNEYS FEES.

FEBRUARY 22, 2019          X _____
EAST ELMHURST, N.Y.          ANDREW W. VAIL
                             1600 HAZEN ST,
                             EAST ELMHURST NY.

VERIFICATION
STATE OF NEW YORK)
COUNTY OF BRONX)

I, ANDREW W. VAIL BEING DULY SWORN
DEPOSES AND SAYS: I AM THE PLAINTIFF
IN THE ABOVE ENTITLED ACTION AND HAVE READ
AND KNEW THE CONTENTS OF THE FOREGOING VERIFIED
COMPLAINT AND KNEW ITS CONTENTS TO BE TRUE EXCEPT
AS TO MATTERS STATED TO BE ALLEGED UPON INFORMATION
AND BELIEF AND AS TO THOSE MATTERS I BELIEVE TRUE.

SWORN TO BEFORE ME THIS       X _____
23rd DAY OF FEBRUARY 2019       ANDREW W. VAIL

X _____

ERNEST O. OMOROGBE
Notary Public, State of New York
Registration #01OM6152449
Qualified In Suffolk County
Commission Expires Sept. 11, 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW VAIL,
                    PLAINTIFF

-AGAINST-

ROCHESTER GENERAL HOSPITAL,
VCM,
DR. VINCENT CHANG, M.D.,
                    DEFENDANTS

CERTIFICATE OF
MERIT PURSUANT
TO CPLR 3012-a

CIV. ACTION NO.
19-CV-_____

I ANDREW VAIL, APPEARING PRO-SE, HEREBY
CERTIFY THAT ALTHOUGH CPLR 3012-a IS NOT
REQUIRED FOR PRO SE PLAINTIFFS, I HAVE
NON-THE-LESS CONSULTED WITH AT LEAST ONE
PHYSICIAN LICENSED TO PRACTICE MEDICINE IN NEW
YORK STATE AND WHO I BELIEVE TO BE KNOW-
LEDGEABLE IN THE RELEVANT ISSUES INVOLVED IN
THE ACTION & HAVE CONCLUDED THAT THERE IS
A REASONABLE BASIS FOR THE COMMENCEMENT OF
THIS ACTION, AND I FURTHER INTEND TO RELY
PARTLY ON THE DOCTRINE OF RES IPSA LOQUITOR.

FEBRUARY 22, 2019                    X _____
EAST ELMHURST NY                         ANDREW VAIL

JS 44  (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

ANDREW VAIL , PRO SE

**(b)** County of Residence of First Listed Plaintiff   BRONX
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
1600 HAZEN ST
EAST ELMHURST NY 11370

## DEFENDANTS

ROCHESTER GENERAL HOSP.,
ET, AL

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
1425 PORTLAND AVE
ROCHESTER NY 14621

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1  U.S. Government
   Plaintiff

☐ 2  U.S. Government
   Defendant

☐ 3  Federal Question
   *(U.S. Government Not a Party)*

☒ 4  Diversity
   *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☒ |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

RGH
DR. CHANG
VCM

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | **PERSONAL INJURY** | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | Personal Injury Product Liability | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | ☐ 368 Asbestos Personal | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | Liability | Injury Product Liability | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | **LABOR** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | ☒ 362 Personal Injury - Medical Malpractice | | ☐ 751 Family and Medical Leave Act | ☐ 891 Agricultural Acts |
| | | | | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | **FEDERAL TAX SUITS** | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | **IMMIGRATION** | |
| | | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | |
| | | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
28 USC 1 1332 & 1367
Brief description of cause:
MED, MAL / NEG. / BREACH OF CONTRACT, ETC N.Y.S.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $
$5,000,000 COMP.
$3,000,000 PUNITIVE

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE  22 FEB, 2019

SIGNATURE OF ATTORNEY OF RECORD  *(signature)*

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

JS 44 Reverse (Rev. 06/17)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

## Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.(a) **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

   (b) **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

   (c) **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II. **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
   United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
   United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
   Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
   Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; NOTE: **federal question actions take precedence over diversity cases.**)

III. **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV. **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

V. **Origin.** Place an "X" in one of the seven boxes.
   Original Proceedings. (1) Cases which originate in the United States district courts.
   Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
   Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
   Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
   Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
   Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
   Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
   **PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

VI. **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

VII. **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
   Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
   Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII. **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
SOUTH~~ERN~~
~~Western~~ District of New York

| | |
|---|---|
| ANDREW VAIL <br> *Plaintiff(s)* <br><br> v. <br><br> ROCHESTER GENERAL HOSPITAL <br> DR. VINCENT CHANG M.D. <br> VCM <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

VCM
2591 WEXFORD BAYNE ROAD
SUITE 401
SEWCKLEY P.A. 15143

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  ANDREW VAIL

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| ANDREW VAIL | ) | |
| _Plaintiff(s)_ | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| ROCHESTER GENERAL HOSPITAL, | ) | |
| DR. VINCENT CHANG M.D., | ) | |
| VCM, | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

DR. VINCENT CHANG, M.D
ROCHESTER GENERAL HOSPITAL
1299 PORTLAND AVENUE
ROCHESTER N.Y. 14621

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    ANDREW VAIL

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____            _____
                                    _Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____            _____
                                                                    *Server's signature*

                                                        _____
                                                                    *Printed name and title*


                                                        _____
                                                                    *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ANDREW VAIL <br> *Plaintiff(s)* <br><br> v. <br><br> ROCHESTER GENERAL HOSPITAL, <br> DR. VINCENT CHANG, M.D., <br> VCM, <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

ROCHESTER GENERAL HOSPITAL
1425 PORTLAND AVENUE
ROCHESTER, NY. 14621

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: ANDREW VAIL

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____         _____
                                          *Server's signature*


                                          _____
                                          *Printed name and title*



                                          _____
                                          *Server's address*

Additional information regarding attempted service, etc:

ANDREW JAIL
# 037 15 660y



Pro Se Clerk (Intake)
U.S. District Court
Southern District of N.Y.
500 Pearl St. Rm. 230
New York, NY 10007



02 1P
0003197320
MAILED FROM ZIP CODE 10016
UNITED STATES POSTAGE
PITNEY BOWES
$ 005.50⁰