April 18, 2019

Andrew W. Vail
DIN # 19-A-0728
Clinton C.F.
Box 2000
Dannemora, NY 12929

RECEIVED
SDNY PRO SE OFFICE
2019 APR 23 PM 12:03
S.D. OF N.Y.

Pro Se Clerk
U.S. District Ct., SDNY
500 Pearl St, Rm 230
New York, NY 10007

Re: Amend Caption of 18-cv-11822, 18-cv-09169, 19-cv-2021

Sir or Madam:

I am the plaintiff in each of the above matters. Unfortunately, your office has my name recorded as Andrew E. Vail — that is incorrect my name is Andrew W. Vail.

Furthermore the Box # is 2000 not 200.

1

THANK YOU FOR YOUR ATTENTION TO THESE MATTERS.

Truly Yours,

4/18/19

Andrew Vail
Box 2000
Dannemora NY 12929

2

DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
**CLINTON CORRECTIONAL FACILITY**
P.O. BOX 2000
DANNEMORA, NEW YORK 12929

NAME: Andrew Vail   DIN: 19 A 0728

*[Clinton Correctional Facility logo]*

*[Stamp: USMS SDNY]*

LEGAL MAIL

04/19/2019 NEOPOST   FIRST-CLASS MAIL
US POSTAGE $000.50
ZIP 12929
041M11272305

RECEIVED
SDNY PRO SE OFFICE
2019 APR 23 PM 12:03
S.D. OF N.Y.

Pro Se Clerk
U.S. D.C., SDNY
500 Pearl St Rm 230
New York, NY 10007